1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No. 1:13-cv-01219-AWI-GSA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |
| KULDIP THANDI; KULWANT THANDI; SAU YEN, dba CHINESE KITCHEN; JIN RONG, dba CHINESE KITCHEN, | |
| Defendants. | |

**WHEREAS**, Plaintiff, Cecil Shaw ("Plaintiff"), and Defendants, Kuldip Thandi, Kulwant Thandi, Sau Yen doing business as Chinese Kitchen, and Jin Rong doing business as Chinese Kitchen ("Defendants," and together with Plaintiff, "the Parties") are presently engaging in settlement discussions, and Defendants are in the process of obtaining a California Certified Access Specialist report ("CASp Report") to share with Plaintiff in an effort to resolve the injunctive relief sought;

**WHEREAS**, Defendants' responsive pleadings are due on November 4, 2013;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for November 12, 2013 which will not provide the Parties enough time to receive the CASp Report, discuss its findings, and fully explore settlement;

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND EXTEND TIME FRO ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER

Page 1

1  **WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs which would be necessitated by proceeding with the scheduling conference and filing responsive pleadings;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after December 12, 2013 at the Court's convenience in order to allow the parties time to explore settlement.

**IT IS FURTHER STIPULATED** that the deadline for Defendants to file their responsive pleadings shall be extended to December 12, 2013.

**IT IS SO STIPULATED**.

Dated: October 29, 2013      MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Cecil Shaw

Dated: October 29, 2013      WILLIAMS, BRODERSEN & PRITCHETT LLP

*/s/ Russell P. Burke*
Russell P. Burke, Attorneys for Defendants,
Kuldip Thandi, Kulwant Thandi, Sau Yen doing business as Chinese Kitchen, and Jin Rong doing business as Chinese Kitchen

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND EXTEND TIME FRO ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER

Page 2

**ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for November 12, 2013 be continued to December 23, 2013, at 9:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin.  A Joint Scheduling Report shall be filed no later than seven days prior to the conference.

**IT IS FURTHER ORDERED** that all defendants shall have to and including December 12, 2013 within which to file their responsive pleadings.

IT IS SO ORDERED.

Dated:   **October 31, 2013**                              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND EXTEND TIME FRO ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER

Page 3