Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>          Plaintiff,<br><br>     vs.<br><br>KULDIP THANDI, et al.,<br><br>          Defendants. | No.  1:13-cv-01219-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Kuldip Thandi, Kulwant Thandi, Sau Yen dba Chinese Kitchen, and Jin Rong dba Chinese Kitchen, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: March 13, 2014                     MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff
                                         Cecil Shaw

Date: March 13, 2014                     WILLIAMS, BRODERSON & PRITCHETT LLP


                                         /s/ Russell P. Burke
                                         Russell P. Burke
                                         Attorneys for Defendants
                                         Kuldip Thandi, Kulwant Thandi, Sau Yen dba Chinese Kitchen, and Jin Rong dba Chinese Kitchen


**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:  April 10, 2014                   _____
                                         SENIOR DISTRICT JUDGE